UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40678
RICHARD S BLUM
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-4008


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 11/02/04 and confirmed on 01/27/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  16460.00 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 592.00 | .00 | 592.00 |
| ADVANCE MED & WELLNESS | UNSECURED | NOT FILED | .00 | .00 |
| ALEGIS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FOREST MEDICAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | FILED LATE | .00 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL MEDICAL COL | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 651.21 | .00 | 65.12 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 8961.91 | .00 | 8961.91 |
| HARRIS BANK CONSUMER LOA | SECURED | 1917.40 | .00 | 1917.40 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOHN J LYNCH | REIMBURSEMENT | 92.00 | .00 | 92.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 204.17 | .00 | 20.42 |

            Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10879.31 | 684.00 | 855.38 | .00 | 12418.69 |

```
PRINCIPAL PAID              10879.31        684.00          85.54             .00     11648.85
INTEREST PAID                    .00           .00            .00             .00          .00
TOTAL PAID                  10879.31        684.00          85.54             .00     11648.85
```

The Debtor's attorney, JOHN J LYNCH                          , was allowed $   4075.00
and was paid $   4075.00 .

The Trustee received $      728.42 .

Refunds to the Debtor totaled $       7.73 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 02/09/09                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE